ESTHA W. AISTON, as Administratrix, etc., of ARTHUR C. AISTON, Deceased, Appellant, v. WINCHELL SMITH, Defendant, Impleaded with JOHN GOLDEN, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE MICWIEL COMPANY, INC., Plaintiff, v. 355 RIVERSIDE DRIVE CORPORATION and Another, Appellants, Impleaded with BRACKETT & COLT, INC., Respondent, and Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

PEARL HARRIS MARROW, Appellant, v. ESTHER MOSKOWITZ and Others, as Executors, etc., of FANNIE MANHEIMER, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

S. M. GALLERT & Co., INC., Appellant, v. AARON & GOLDMAN DRESSES, INC., Respondent.— Judgment reversed, with costs, and judgment directed for the plaintiff for the possession of the chattels replevied in accordance with section 1124, Civil Practice Act. Settle order on notice. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Application of HENRY MORRIS and Another, Respondents, against THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK and THE BOARD OF HEALTH OF THE CITY OF NEW YORK, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

SILVIO MATTERO, Respondent, v. THERESA MATTERO, Appellant.— Order so far as appealed from affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

JACOB GERSEN and Others, Appellants, v. JOSEPH WASSERMAN and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

WILLIAM E. AUGHINBAUGH, Respondent, v. E. R. SQUIBB & SONS, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

PAGE BELTING COMPANY, Appellant, v. PERCY JOSEPH, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

ANNE SCHAPP, Respondent, v. IRVING A. SARTORIUS and Others, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

JOHN E. SIEGEL, Appellant, v. FRANK M. BACON and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve an amended complaint omitting the allegations ordered to be stricken out within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.